IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

THARON THOMAS DRAKE

NO. 2-26CR-134-Z

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 21 2026
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**INDICTMENT**

The Grand Jury Charges:

Count One
Enticement and Attempted Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

From on or about February 10, 2023, to on or about September 2, 2026, in the Amarillo Division of the Northern District of Texas, the Eastern District of Texas, and elsewhere, **Tharon Thomas Drake,** defendant, did knowingly use a facility and means of interstate and foreign commerce, including the Internet and a cell phone, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, "Jane Doe 1," an individual who had not attained the age of eighteen years, to engage in sexual activity for which any individual could be charged with a criminal offense, including, but not limited to, Bestiality, in violation of Texas Penal Code § 21.09, and Indecency with a Child, in violation of Texas Penal Code § 21.11.

In violation of Title 18, United States Code, Section 2422(b).

Count Two
Attempted Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

From on or about February 10, 2023, to on or about September 2, 2026, in the Amarillo Division of the Northern District of Texas, the Eastern District of Texas, and elsewhere, **Tharon Thomas Drake,** defendant, attempted to employ, use, persuade, induce, coerce, and entice, "Jane Doe 1," a person under the age of eighteen years, and whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate and foreign commerce, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

<u>Count Three</u>
Receipt and Distribution of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b), and 2)

On or about October 3, 2024, in the Amarillo Division of the Northern District of Texas, the Southern District of Georgia, and elsewhere, **Tharon Thomas Drake,** defendant, did knowingly receive and distribute at least one visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor, "Jane Doe 2," engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b), and 2.

Count Four
Receipt and Distribution of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b), and 2)

From on or about November 22, 2024, to on or about January 3, 2026, in the Amarillo Division of the Northern District of Texas, the District of Colorado, and elsewhere, **Tharon Thomas Drake,** defendant, did knowingly receive and distribute at least one visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor, "Jane Doe 4," engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b), and 2.

<u>Forfeiture Notice</u>
(18 U.S.C. §§ 2253, 2428)

Upon conviction of any of the offenses alleged in Counts One through Four of this Indictment, and pursuant to 18 U.S.C. §§ 2253, and 2428(b), defendant **Tharon Thomas Drake**, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property; (d) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any offense alleged in the Indictment; and (e) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of any offense alleged in the Indictment.

The above-referenced property subject to forfeiture includes, but is not limited to, a black Motorola cell phone, in a black case with a cracked screen, IMEI: 356889111780561, in the possession of law enforcement.

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7564
Facsimile: 806-472-7394
E-mail: callie.woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

THARON THOMAS DRAKE

INDICTMENT

COUNT 1: ENTICEMENT AND ATTEMPTED ENTICEMENT OF A MINOR
Title 18, United States Code, Section 2422(b).

COUNT 2: ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Section 2251(a).

COUNTS 3-4: RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(2), 2252A(b), 2.

(4 COUNTS + FORFEITURE)

A true bill rendered,

Amarillo ______________________ Foreperson

Filed in open court this 22nd day of October 2026.

______________________ Clerk

Defendant in federal custody.
Complaint No. 2:26-MJ-203-BR filed 9/29/2026.

Lee Ann Reno
UNITED STATES MAGISTRATE JUDGE